IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CAMERON MUTUAL INSURANCE CO.**  **PLAINTIFF/
COUNTER DEFENDANT**

v.  No. 2:13-cv-17-DPM

**ROY LEWELLEN and
DORIS LEWELLEN**  **DEFENDANTS/
COUNTER CLAIMAINTS**

### ORDER

Motion, № 28, denied without prejudice. Please follow the procedure specified in the Court's Scheduling Order, № 26 at 3. If Cameron will not confer in person (by telephone given the distance) or participate in filing a joint report by 13 January 2014, then the Lewellens may file a report alone, and the Court will act on it.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2014