IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CAMERON MUTUAL
INSURANCE CO.                                        PLAINTIFF/
                                           COUNTER DEFENDANT

v.                         No. 2:13-cv-17-DPM

ROY LEWELLEN and
DORIS LEWELLEN                                       DEFENDANTS/
                                            COUNTER CLAIMANTS

## ORDER

Cameron's motion to dismiss, № 48, is denied without prejudice as unnecessary. It's too late in the case to be fussing about the re-pleading of claims that have been on the docket for almost two years. The Court is working on Cameron's dispositive motion, which covers bad faith.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 August 2014