IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CAMERON MUTUAL
INSURANCE COMPANY                                                PLAINTIFF/
                                                        COUNTER DEFENDANT

v.                          No. 2:13-cv-17-DPM

ROY LEWELLEN and
DORIS LEWELLEN                                                  DEFENDANTS/
                                                         COUNTER CLAIMANTS

## ORDER

The parties have informally advised the Court that they have settled. Congratulations. The Scheduling Order, № 26, is suspended. The upcoming pretrial and trial are cancelled. All pending motions, № 56 & 60, are denied without prejudice as moot. The Court will dismiss the case with prejudice unless a party seeks some relief before 21 November 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2014