IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CAMERON MUTUAL
INSURANCE COMPANY                                                PLAINTIFF/
                                                        COUNTER DEFENDANT

v.                              No. 2:13-cv-17-DPM

ROY LEWELLEN and
DORIS LEWELLEN                                                 DEFENDANTS/
                                                           COUNTER CLAIMANTS

## JUDGMENT

The Court notes the parties' stipulation of dismissal. № 67. All claims and counterclaims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2014